IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE W. JACOBY, Esquire, Executor of the ESTATE OF PATRICIA WATTS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> ALLEGHENY COUNTY, as owner and operator of JOHN J. KANE REGIONAL CENTER-SC doing business as KANE SCOTT CENTER, a skilled nursing facility, <br><br> Defendant. | Case No. 2:21-cv-00173-WSH |

## MOTION FOR DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, George W. Jacoby, Esquire, Executor of the Estate of Patricia Watt, Deceased, and Defendant, Allegheny County as owner and operator of John J. Kane Regional Center-SC d/b/a Kane Scott Center doing business as Kane Scott Center, a skilled nursing facility, stipulate and agree to dismissing the instant action with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

By: */s/ Katelyn D. Edwards*
KATELYN D. EDWARDS, ESQUIRE
Pa. I.D. No.: 391093
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229
*kedwards@peircelaw.com*
*Counsel for Plaintiff*

By: */s/ Michael R. Lettrich*
MICHAEL R. LETTRICH, ESQUIRE
JonesPassodelis
707 Grant Street, Suite 3410
Pittsburgh, PA 15219
(412) 315-7272
*mlettrich@jonespassodelis.com*
*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE W. JACOBY, Esquire, Executor of the ESTATE OF PATRICIA WATTS, Deceased,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLEGHENY COUNTY, as owner and operator of JOHN J. KANE REGIONAL CENTER-SC doing business as KANE SCOTT CENTER, a skilled nursing facility,<br><br>   Defendant. | Case No. 2:21-cv-00173-WSH |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Dismissal of Action through the Court's ECF notification system on this Date upon the following counsel of record:

Michael R. Lettrich, Esquire
JonesPassodelis, PLLC
Gulf Tower, Suite 3410
707 Grant Street
Pittsburgh, PA  15219
mlettrich@jonespassodelis.com

Respectfully submitted,

By: */s/ Katelyn D. Edwards*
KATELYN D. EDWARDS, ESQUIRE
Pa. ID. No.: 319093
Robert Peirce & Associates, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA  15219
Tel: 412-281-7229
Fax: 412-281-4229
kedwards@peircelaw.com